**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-1831**

———————

THIERNO ABDUL KARIM BAH,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. Attorney General,

Respondent.

———————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A98-379-303)

———————

Submitted:  February 14, 2007          Decided:  March 6, 2007

———————

Before WILLIAMS, TRAXLER, and DUNCAN, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Sopo Ngwa, Silver Spring, Maryland, for Petitioner. Peter D.
Keisler, Assistant Attorney General, Linda S. Wendtland, Assistant
Director, Claire L. Workman, OFFICE OF IMMIGRATION LITIGATION,
Washington, D.C., for Respondent.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thierno Abdul Karim Bah, a native and citizen of Guinea, petitions for review of an order of the Board of Immigration Appeals affirming the Immigration Judge's denial of his applications for asylum, withholding of removal, and protection under the Convention Against Torture.

To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Bah fails to show that the evidence compels a contrary result. Having failed to establish eligibility for asylum, Bah cannot meet the higher standard to qualify for withholding of removal. Chen v. INS, 195 F.3d 198, 205 (4th Cir. 1999); INS v. Cardoza-Fonseca, 480 U.S. 421, 430 (1987).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

- 2 -